**Order entered March 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01026-CR**
**No. 05-19-01027-CR**

**JABARI MALIK LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-58166-R & F16-10864-R**

**ORDER**

Before the Court is appellant's March 3, 2020 final motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     CORY L. CARLYLE
        JUSTICE